TAMARA A. CREPET, Bar No. 277408
Pier 9, Suite 100
San Francisco, CA 94111
Telephone:   415-517-3496
Email:       Tamara@taclaw.org

Counsel for Defendant CORREA CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    v.<br><br>JACINTO CORREA CRUZ,<br><br>            Defendant. | No. 24-CR-568-EKL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CHANGE-OF-PLEA HEARING |

  Defendant Jacinto Correa Cruz and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that change-of-plea currently set for December 10, 2024 at 10:30 a.m. may be continued to December 17, 2024 at 10:30 a.m. The reason for the requested continuance is so that defense counsel can meet and confer with her client about the plea agreement and so that the parties can continue to confer about the case.

  The parties also stipulate and agree that excluding time to December 17, 2024, will allow for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from December 10, 2024 to December 17, 2024, outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

//

//

//

IT IS SO STIPULATED.

Dated: December 5, 2024

_____/s/_____
Tamara Crepet
Counsel for Defendant

Dated: December 5, 2024         ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
Anne Hsieh
Assistant United States Attorney

## [~~PROPOSED~~] **ORDER**

Upon agreement and stipulation of the defendant, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Correa Cruz's change-of-plea hearing set for December 10, 2024 at 10:30 a.m. be continued to December 17, 2024 at 10:30 a.m.

It is also ORDERED that time may be excluded to December 17, 2024, to allow for the effective preparation of counsel. The Court finds that failing to exclude time to December 17, 2024 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time between December 10, 2024 and December 17, 2024, outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 12/6/2024         _____
HONORABLE EUMI K. LEE
United States District Judge